DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PETER M. HAVER** and **GALINA HAVER,**
Appellants,

v.

**THE CITY OF WEST PALM BEACH, INC., RICK GREENE,
ALEANDRO LOPEZ** and **MIRIAM R. GALAN,**
Appellees.

No. 4D19-1537

[March 2, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 502018CA015447XXXXMB.

Peter M. Haver, West Palm Beach, for appellants.

K. Denise Haire, Assistant City Attorney, West Palm Beach, for appellee The City of West Palm Beach, Inc.

**ON REMAND FROM THE SUPREME COURT**

PER CURIAM.

This case is before the court on remand from the Florida Supreme Court. We remand the case to the circuit court for further proceedings consistent with *City of West Palm Beach, Inc. v. Haver*, 330 So. 3d 860 (Fla. 2021).

WARNER, KLINGENSMITH and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***